# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tile Shop Holdings, Inc., | Case No. 17-cv-776 (ADM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Allied World National Assurance Company, | |
| Defendant. | |

This matter is before the Court on the parties' joint motion concerning sealing pursuant to Local Rule 5.6 (ECF No. 69). Upon careful consideration of the motion filed and the related sealed document, **IT IS HEREBY ORDERED** that the parties' Joint Motion Regarding Continued Sealing, (ECF No. 69), is **GRANTED.**

1. The Clerk is directed to keep this document sealed: ECF No. 61.

Date: November 7, 2018

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota